IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22  AM 10: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,          *

                    Plaintiff,     *

     v.                            *          Cr. No.  05-20038-B

JEREMY WASHINGTON,                 *

                    Defendant.     *

---

ORDER

---

It is hereby Ordered that the hearing on Counsel's request to Withdraw as Counsel of Record in the above captioned matter is continued and will be ~~will be~~ held on the _28th_ day of _December_, 200_5_ at _1:45_ ~~a.m.~~/p.m.


Thus Ordered this _21st_ day of _December_, 2005 at Memphis, Tennessee.

_____
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-22-05_

3



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in
case 2:05-CR-20038 was distributed by fax, mail, or direct printing on
December 22, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT