PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

**U.S.A. vs. Jeremy Washington**　　　　　　　　　　　　　　　Docket No. 05-20038-002 -B

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Loretta Fleming presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, TN, on the 28th day of November, 2005 under the following conditions:

1. Report to Pretrial Services as directed
2. Maintain or actively seek employment
3. Refrain from use or unlawful possession of a narcotic drug or other controlled substance
4. Submit to any method of testing required by the Pretrial Services office
5. Participate in a program of inpatient or outpatient substance abuse testing, if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

### SEE ATTACHED

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR THE DEFENDANT TO APPEAR AND TO SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 20 day of January, 20 06 and ordered filed and made a part of the records in the above case.

s/ TU M. PHAM
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Loretta Fleming
U.S. Pretrial Services Officer

Place　Memphis, TN
Date　January 18, 2006

RE: Jeremy Washington
Petition for Action on Conditions of Pretrial Release
Page 2

### 1. Report to Pretrial Services as directed
Jeremy Washington was initially directed to report to Pretrial Services the *2nd and 4th Friday of each month between 8:00 a.m. and 11:00 a.m.* He failed to report to Pretrial Services on July 8th, July 22nd, and August 12th, 2005.

Due to the defendant's failure to report to Pretrial Services, his reporting was increased August 25, 2005, to *every Friday of each month between 8:00 a.m. and 11:00 a.m.* He failed to report September 23rd and September 30th, 2005.

Having been referred to drug treatment December 15, 2005, Mr. Washington's reporting was reduced to *every 1st and 3rd Friday of each month between 8:00 a.m. and 11:00 a.m.* He failed to report January 6, 2006.

### 2. Refrain from unlawful possession or use of a narcotic drug or other controlled substance
On April 11, 2005, Jeremy Washington reported to Pretrial Services and executed a Voluntary Admission of Illegal Drug Use form admitting to having used marijuana on or about March 25, 2005. Mr. Washington also submitted urine specimens on September 2nd, November 4th, November 17th, and December 15th, 2005, that returned positive for marijuana as confirmed by Kroll Laboratory Specialists. He was referred for outpatient drug treatment at the Alcohol & Chemical Abuse Rehabilitation Center (ACAR) on December 15, 2005.

### 3. Submit to any method of testing required by the Pretrial Services Office
Mr. Washington reported to Pretrial Services on August 19, 2005, and was seen by Supervisory Officer Murray Fullner. At that time, Mr. Fullner directed the defendant to submit a urine specimen. Mr. Washington, however, left the Pretrial Services Office and failed to submit a urinalysis as directed by the supervising officer.

### 4. Participate in a program of inpatient or outpatient substance abuse testing, if deemed advisable by Pretrial Services
While at ACAR, Mr. Washington failed to show for counseling sessions on December 21st and December 28th, 2005. On December 29, 2005, Patti McNeely, Director of ACAR, advised our office that on December 28, 2005, the defendant reported to his group meeting with two friends. Ms. McNeely further advised that she informed the defendant's friends that they must sign a confidentiality form. They declined to do, and Mr. Washington left his group meeting with his two friends. The defendant was discharged from ACAR on December 31, 2005, due to noncompliance of his action plan.

### 5. Maintain or actively seek employment
Defendant Washington reported to Pretrial Services on September 16, 2005, and communicated that he was hired by Burger King located on Highway 64. On October 28, 2005, contact with Shirley Tate, manager of Burger King, revealed that the defendant was terminated on or about October 1, 2005. Mr. Washington completed monthly supervision reports in October, November, and December 2005 indicating that he was still employed by Burger King.